**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LASHA TSKHOVREBASHVILI** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-1897** |
| | : | |
| **JAMAL L. JAMISON, *et al*.,** | : | |

## ORDER

This 23rd day of March, 2026, after initial review of Lasha Tskhovrebashvili's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1. Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2. Respondents shall file any response to the Petition on the ECF filing system by **3:00 p.m. on Thursday, March 26, 2026,** or show cause why such an expedited response time is unfeasible.

    /s/ Gerald Austin McHugh
United States District Judge